UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID BOWERS,

        Plaintiff,

  v.                                          Case No. 07-C-1

WILLIAM POLLARD, et al.,

        Defendants.

**ORDER**

On March 6, 2007, plaintiff David Bowers filed what appears to be an amended complaint. According to his cover letter, however, and upon the court's own review of the filing, the proposed amendment does not add any additional claims or facts. Instead, it includes additional case citations, as well as affidavits from two other inmates testifying about their own conditions of confinement. These additional inmates are also listed as plaintiffs.

The proposed amended complaint will be stricken. To the extent the proposed amendment seeks to add additional plaintiffs, plaintiff Bowers has been told twice that each individual plaintiff must either pay the filing fee or file for *in forma pauperis* status. They have not done so. To the extent the amendment seeks merely to add additional case citations and legal argument, such additions are not required in a federal complaint and add nothing to the substance of plaintiff's claims. In fact, under Rule 8, all that is required is a "short and plain statement of the claim." Fed. R. Civ. P. 8(a). The arguments and citations plaintiff has made in his complaint may be reiterated

in a brief in the event any dispositive motions are filed, but they are not appropriate material to include in a complaint.

Accordingly, the amended complaint is **STRICKEN**.

**SO ORDERED** this ___9th___ day of March, 2007.

                                                s/ William C. Griesbach  
                                                William C. Griesbach  
                                                United States District Judge

2

Case 1:07-cv-00001-WCG    Filed 03/09/07    Page 2 of 2    Document 7