# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DAVID BOWERS,

        Plaintiff,

    v.                                    Case No. 07-C-1

WILLIAM POLLARD, et al.,

        Defendants.

## ORDER

Pro se plaintiff David Elijah Bowers filed a motion for an order directing attorneys for the defendants to sign and indicate that all correspondence they send him has been docketed in this case. The motion will be denied. There is no requirement that correspondence between the parties be docketed. In fact, unless the correspondence between counsel forms a basis for some sort of relief the parties are requesting, it should not be docketed or filed with the court. If Mr. Bowers has an honest belief that the document is not what it purports to be and, for example, the individual seeking his medical records is not a representative of the defendants as claimed, he can ask for further assurance. In the event he fails to comply with a proper request, the defendants are free to bring a motion to compel in this court and the court will give full consideration to it at that time. In any event, plaintiff's request that the defendants be ordered to docket their correspondence [Docket 22] is **DENIED**.

Dated this \_\_\_\_25th\_\_\_\_ day of April, 2007.

                                       s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge