UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID BOWERS,

    Plaintiff,

v.                                          Case No. 07-C-1

WILLIAM POLLARD, et al.,

    Defendants.

**ORDER APPOINTING COUNSEL**

Plaintiff has filed several motions for appointment of counsel. In denying each of those motions, I noted that the matter would be revisited if subsequent proceedings convinced me that due process would require the assistance of counsel. Upon examination of the summary judgment filings, I am persuaded that the plaintiff's limitations have posed a significant limitation on his ability to present his case; I am further convinced that his case demonstrates more potential merit than the typical conditions of confinement case. *See, e.g., Gillis v. Litscher,* 468 F.3d 488 (7th Cir. 2006). Accordingly, Atty. Michael Gonring of Quarles & Brady, Milwaukee, is hereby appointed *pro bono* counsel to assist the plaintiff in presenting his case. The clerk is directed to schedule the case for a telephonic scheduling conference to discuss further scheduling of the case and the reopening of briefing on summary judgment.

**SO ORDERED** this   18th   day of December, 2007.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge