AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

DAVID BOWERS,

       Plaintiff,

  v.

WILLIAM POLLARD,
PETER ERICKSEN,
SARAH COOPER,
WILLIAM SWIEKOTOWSKI,
MARTHA BREEN,
TOM HAMILTON,
MARK ZIMONICK,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 07-01

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the motion for summary judgment is GRANTED, as is counsel's motion to withdraw. The motion for a temporary restraining order is DENIED.

Approved:   s/ William C. Griesbach
              WILLIAM C. GRIESBACH
              United States District Judge

Dated: March 18, 2009.

JON W. SANFILIPPO
Clerk of Court

s/ Mary E. Conard
(By) Deputy Clerk